UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:16-CR-00003-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DAVID MATTHEWS | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 39], and after a de novo review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Matthew's § 2255 Motion [Doc. No. 32] is DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Matthew's Motion for Discovery [Doc. No. 33] is DENIED.

SIGNED at Monroe, Louisiana, on the 11th day of September, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE